```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


PLACID REFINING CO., L.L.C.,)
                            )
    Plaintiff,              )
                            )     CIVIL ACTION NO.
    v.                      )       2:11cv117-MHT
                            )           (WO)
TRAILER SALES, INC.,        )
HI-RIDGE TRANSPORT, INC.,   )
and KENDRICK RAY MCCULLOUGH,)
                            )
    Defendants.             )
```

### JUDGMENT

In accordance with the opinion issued on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Placid Refining Co., L.L.C.'s motion for default judgment against defendants Hi-Ridge Transport, Inc. and Kendrick Ray McCullough (doc. no. 23) is granted.

(2) Judgment is entered in favor of plaintiff Placid Refining Co., L.L.C. and against defendants Hi-Ridge Transport, Inc. and McCullough.

(3) Plaintiff Placid Refining Co. shall recover from defendants Hi-Ridge Transport, Inc. and McCullough, jointly and separately, the sum of $ 695,142.05, plus post-judgment interest at the statutory rate.

(4) Plaintiff Placid Refining Co. shall recover from defendant Hi-Ridge Transport, Inc. the additional sum of $ 30,829.43 as interest and late fees in connection with the principal amount owed, plus pre-judgment interest accruing between May 1, 2011, and the date of this judgment, at the rate of 1.5 % per month.

(5) Plaintiff Placid Refining Co. shall also recover from defendant Hi-Ridge Transport, Inc. the additional sum of $ 42,618.90 as attorneys' fees and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case still remains pending at to defendant Trailer Sales, Inc.

DONE, this the 30th day of June, 2011.

                                           /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE